UNITED STATES DISTRICT COURT
EASTERN DISTRICT 1OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-142-2F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL SENTENCING |
| | ) | MEMORANDUM |
| | ) | |
| TAMALA CREASY NEWTON, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion to Seal [DE-72] her sentencing memorandum. For GOOD CAUSE shown, Defendant's Motion to Seal [DE-72] is ALLOWED, and the Clerk of Court is DIRECTED to seal Defendant's sentencing memorandum.

SO ORDERED.

This, the 24th day of November, 2010.

JAMES C. FOX
Senior United States District Judge