UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-142-2F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| TAMALA CREASY NEWTON | ) | |
| | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 80 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the __9th__ day of December, 2010.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE